E-FILED
Wednesday, 05 October, 2005  09:30:54 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **RUBY GORDON-PHILLIPS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | **Case No. 05-2063** |
| **ILLINOIS STATE POLICE,** ) | |
| ) | |
| **Defendant.** ) | |

## REPORT AND RECOMMENDATION

In March 2005, Plaintiff, Ruby Gordon-Phillips, filed a Complaint (#1) against Defendant, Illinois State Police, alleging retaliation based on her race in violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e-5).  Federal jurisdiction is based on federal question pursuant to 28 U.S.C. § 1331.

On July 13, 2005, the Court entered an Order for Plaintiff to show cause why the Court should not dismiss the case for lack of prosecution.  (Order, #3.)  On July 25, 2005, at a hearing held pursuant to that order, Plaintiff asked the Court for additional time to serve a summons on Defendant.  The Court granted the motion, allowing Plaintiff twenty-one days (until August 15, 2005) to serve the summons.

On August 11, 2005, the summons was issued to Defendant and returned executed.

On September 9, 2005, Defendant filed a Motion To Dismiss (#6), arguing that Plaintiff had failed to timely serve Defendant and failed to show good cause for failing to timely serve.  Plaintiff responded that a court has discretion to extend the time for service even in the absence of good cause for failing to effect timely service.  *See Panaras v. Liquid Carbonic Ind. Corp.*, 94 F.3d 338, 340-341 (7th Cir. 1996).

The Court agrees with Plaintiff.  In this case, following a hearing, the Court granted Plaintiff's oral motion to extend the time for service.  Plaintiff served Defendant within the new

time limit. Therefore, after reviewing the parties' pleadings and memoranda, this Court recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion To Dismiss **(#6)** be **DENIED.**

ENTER this 5th day of October, 2005.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE